SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN ISHKOV, ) | |
| ) | No. C 07-5412 BZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT TO MAGISTRATE JUDGE** |
| MICHAEL CHERTOFF, Secretary of the ) | **JURISDICTION** |
| Department of Homeland Security; ) | |
| EMILIO T. GONZALEZ, ) | |
| Director of the United States Citizenship ) | |
| and Immigration Services; ) | |
| DAVID N. STILL, San Francisco District ) | |
| Director, United States Citizenship and ) | |
| Immigration Services; ) | |
| ROBERT S. MUELLER, III, Director of the ) | |
| Federal Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants

hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 17, 2007                    Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney


                                           _____/s/_____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorneys for Defendants