1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11
   IVAN ISHKOV,                           )
12                                        ) No. C 07-5412 BZ
                   Plaintiff,             )
13                                        )
              v.                          ) **STIPULATION TO DISMISS AND**
14                                        ) [PROPOSED] **ORDER**
   MICHAEL CHERTOFF, Secretary of the     )
15 Department of Homeland Security;       )
   EMILIO T. GONZALEZ,                    )
16 Director of the United States Citizenship )
   and Immigration Services;              )
17 DAVID N. STILL, San Francisco District )
   Director, United States Citizenship and )
18 Immigration Services;                  )
   ROBERT S. MUELLER, III, Director of the )
19 Federal Bureau of Investigation,       )
                                          )
20                 Defendants.            )
                                          )
21

22     Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25 prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

26 of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-5412 BZ                              1

1 | Dated: December 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                     /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: December 17, 2007

                     /s/
IVAN ISHKOV
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 18, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C07-5412 BZ                              2